IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**PATTIE GRAY, Individually and as a Parent
of the Minor Child, JW**                                                                                   **PLAINTIFFS**

**v.**                      **CASE NO. 2:20-CV-00142-BSM**

**REGGIE ROSE, Individually and in his official
capacity as a security guard of the
HELENA-WEST HELENA SCHOOL DISTRICT**                                 **DEFENDANT**

### ORDER

The motion to dismiss [Doc. No. 12] is granted, and this case is dismissed with prejudice. FED. R. CIV. P. 41(a).

IT IS SO ORDERED this 21st day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE