IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**PATTIE GRAY, Individually and as a Parent
of the Minor Child, JW**                                                                **PLAINTIFFS**

v.                          CASE NO. 2:20-CV-00142-BSM

**REGGIE ROSE, Individually and in his official
capacity as a security guard of the
HELENA-WEST HELENA SCHOOL DISTRICT**                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE